JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTT FAULKNER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-01250-ODW-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge and the prior order of this Court,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED, with all claims asserted against Sheriff Bianco, Sgt. Rustad, Dep. Villasenor, Dep. Groves, Cpt. Rodriguez, Sgt. Dominguez, and Lt. Hatfield dismissed with prejudice; and the remaining <u>Monell</u> and Americans with Disabilities Act claims against the County of Riverside dismissed without prejudice.

Dated: September 17, 2025　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　United States District Judge